Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK U S DISTRICT COURT

FEB - 5 2004

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| LITA E PEZANT,<br><br>  Plaintiff,<br><br>vs<br><br>COUNTY OF SAN BERNARDINO, a political subdivision, THOMAS LAURIN, an individual, DOUGLAS PAYNE, an individual, BRIAN TURNBULL, an individual, ADOLPHUS OKEKE, an individual, DOES ONE through TEN, inclusive,<br><br>  Defendants | ED CV 00-0132 RT (CWx)<br><br>JUDGMENT |

ENTERED

FEB - 6 2004

CLERK U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

On February 5, 2004 the Court filed its Order granting Defendants' Motion for Summary Judgment on all claims against them in the First Amended Complaint  Accordingly,

IT IS ORDERED AND ADJUDGED that

(1)  Judgment be entered in favor of Defendants County of San Bernardino, Thomas Laurin, Douglas Payne, Brian Turnbull and Adolphus Okeke and against Plaintiff Lita E Pezant as to all claims against them in the First Amended Complaint and,

(2)  Defendants shall recover their costs against Plaintiff in the amount of $ _____

DATED  February 5, 2004

ROBERT J TIMLIN
United States District Judge

DOCKETED ON CM

FEB - 6 2004

BY _____ 041

51